Jeff PAUL, Margaret Paul, Jim Fleck, Amy Fleck, Pps Advertising, Inc., International Profit Systems, Inc., on behalf of themselves and all others similarly situated, Plaintiffs–Appellants

v.

AVIVA LIFE AND ANNUITY COMPANY, formerly known as Amer U.S. Life Insurance Company, formerly known as Aviva Life Insurance Company, formerly known as Indianapolis Life Insurance Company, Defendant–Appellee.

No. 11–10772.

United States Court of Appeals, Fifth Circuit.

Sept. 7, 2012.

Arthur S. Gold, Chicago, IL, for Plaintiff–Appellant.

Enrique Daniel Arana, Esq., James F. Jorden, Esq., Stephen J. Jorden, Jorden Burt, L.L.P., Simsbury, CT, Vanessa S. Herman, David M. Skeens, Micael Vaughan, Walters, Bender, Strohbehn & Vaughan, P.C., Kansas City, MO, for Defendant–Appellee.

Before DAVIS, DENNIS, and HAYNES, Circuit Judges.

PER CURIAM: *

After reviewing the record, studying the briefs, and listening to oral arguments, we AFFIRM the judgment of the district court for essentially the same reasons given by the district court in its Memorandum Opinion and Order of July 12, 2011. AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.